**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| K.C. AND V.C. | : No. 351 MAL 2015 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| L.A. | : |
| | : |
| | : |
| PETITION OF: D.M. AND L.N. | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of August, 2015, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the

remaining issue. The issue, as stated by Petitioner, is:

> Whether an appeal from a trial court order denying a petition to intervene in a custody action is appealable as a collateral order pursuant to Pa.R.A.P. 313 because the order is separable and collateral to the main cause of action, the right involved is too important to be denied review, and the question presented is such that if review is postponed until final judgment in the case the claimed right will be irreparably lost?